No. 23-30225

_____

**UNITED STATES COURT OF APPEALS FOR THE FIFTH CIRCUIT**

_____

JEFFERSON PARISH; LOUISIANA STATE, EX REL. PARISH OF JEFFERSON,

*Plaintiffs-Appellees*,

LOUISIANA STATE, EX REL. JEFF LANDRY, ATTORNEY GENERAL; LOUISIANA STATE, THROUGH THE LOUISIANA DEPARTMENT OF NATURAL RESOURCES OFFICE OF COASTAL MANAGEMENT AND ITS SECRETARY, THOMAS F. HARRIS,

*Intervenor Plaintiffs-Appellees*,

v.

CHEVRON USA HOLDINGS, INCORPORATED; ATLANTIC RICHFIELD COMPANY; CHEVRON USA, INCORPORATED; BP AMERICA PRODUCTION COMPANY; CONOCOPHILLIPS COMPANY; EXXON MOBIL CORPORATION; LOUISIANA LAND AND EXPLORATION COMPANY, LLC,

*Defendants-Appellants*.

_____

On appeal from the United States District Court for the
Eastern District of Louisiana (Fallon, J.)
No. 2:18-cv-05206

_____

**UNOPPOSED MOTION TO STAY BRIEFING**

_____

COUNSEL LISTED ON INSIDE COVER

PETER D. KEISLER
    Counsel of Record
JENNIFER J. CLARK
SIDLEY AUSTIN LLP
1501 K Street, NW
Washington, DC 20005
Telephone: (202) 736-8000
Facsimile: (202) 736-8011

ALEXANDRA WHITE
ERIC J. MAYER
SUSMAN GODFREY L.L.P.
1000 Louisiana Street, Suite 5100
Houston, Texas 77002

CHARLES S. MCGOWAN III
PAMELA R. MASCARI
KEAN MILLER LLP
II City Plaza
400 Convention St., Suite 700
Post Office Box 3513 (70821)
Baton Rouge, LA 70801
MICHAEL R. PHILLIPS
CLAIRE E. JUNEAU
KEAN MILLER LLP
909 Poydras Street, Suite 3600
New Orleans, Louisiana 70112

***Counsel for Chevron U.S.A. Inc. and
Chevron U.S.A. Holdings Inc.***

ROBERT B. MCNEAL
LISKOW & LEWIS
Hancock Whitney Center
701 Poydras Street, Suite 5000
New Orleans, Louisiana 70139-5099

Jaime D. Rhymes
Liskow & Lewis
1200 Camelia Boulevard, Suite 300
Houston, Texas 77002-6756

Martin A. Stern
Glen M. Pile
Jeffrey E. Richardson
Alexandra Lamb
Adams and Reese LLP
701 Poydras Street, Suite 4500
New Orleans, Louisiana 71039

*Counsel for Exxon Mobil Corporation*

Michael J. Mazzone
Haynes and Boone, LLP
1221 McKinney, Suite 4000
Houston, Texas 77010

Michele Hale DeShazo
The Law Office of Michele H. DeShazo, LLC
612 South Jefferson Ave.
Covington, Louisiana 70433

*Counsel for ConocoPhillips Company and*
*The Louisiana Land and Exploration Company LLC*

George Arceneaux, III
Liskow & Lewis
1200 Camellia Boulevard, Suite 300
Lafayette, Louisiana 70508

Jennifer R. Kwapisz
Arnold & Porter Kaye Scholer LLP
250 West 55th Street
New York, NY 10019-9710

*Counsel for Atlantic Richfield Company and*
*BP America Production Company*

# CERTIFICATE OF INTERESTED PERSONS

The undersigned counsel of record certifies that the following listed persons and entities as described in the fourth sentence of Rule 28.2.1 have an interest in the outcome of this case. These representations are made in order that the judges of this court may evaluate possible disqualification or recusal.

## A. Defendants-Appellants

1. Chevron U.S.A. Inc.
2. Chevron U.S.A. Holdings Inc.
3. Exxon Mobil Corporation
4. ConocoPhillips Co.
5. The Louisiana Land and Exploration Company LLC
6. Atlantic Richfield Company
7. BP America Production Company

## B. Attorneys for Defendants-Appellants

1. For Chevron U.S.A. Inc. and Chevron U.S.A. Holdings Inc.:

> Peter D. Keisler
> pkeisler@sidley.com
> Virginia Seitz
> vseitz@sidley.com
> Jennifer J. Clark
> jennifer.clark@sidley.com
> Kathleen Mueller
> kmueller@sidley.com
> SIDLEY AUSTIN LLP
> 1501 K Street, NW
> Washington, DC 20005
> Telephone: (202)736-8000
> Facsimile: (202) 736-8111
>
> Michael R. Phillips (#21020)
> mike.phillips@keanmiller.com

Claire E. Juneau (#33209)
claire.juneau@keanmiller.com
KEAN MILLER LLP
909 Poydras Street, Suite 3600
New Orleans, Louisiana 70112
Telephone: (504) 585-3050
Facsimile: (504) 585-3951

Charles S. McCowan, III (#19699)
trey.mccowan@keanmiller.com
Pamela R. Mascari (#25162)
pam.mascari@keanmiller.com
KEAN MILLER LLP
II City Plaza
400 Convention Street, Suite 700
Post Office Box 3513 (70821)
Baton Rouge, Louisiana 70802
Telephone: (225) 387-0999
Facsimile: (225) 388-9133

Eric J. Mayer (#14184)
emayer@susmangodfrey.com
Alexandra White (#29478)
lwhite@susmangodfrey.com
SUSMAN GODFREY L.L.P.
1000 Louisiana Street, Suite 5100
Houston, Texas 77002-5096
Telephone: (713) 651-9366
Facsimile: (713) 654-6666

2. For Exxon Mobil Corp.:

Robert B. McNeal (No. 14211)
rbmcneal@liskow.com
LISKOW & LEWIS
Hancock Whitney Center
701 Poydras Street, Suite 5000
New Orleans, Louisiana 70139-5099
Telephone: (504) 581-7979
Facsimile: (504) 556-4108

Michael P. Cash (No. 31655)
mcash@liskow.com
LISKOW & LEWIS
First City Tower
1001 Fannin Street
Houston, Texas 77002-6756
Telephone: (713) 651-2900
Facsimile: (713) 651-2908

Jamie D. Rhymes (No. 24621)
jdrhymes@liskow.com
LISKOW & LEWIS
1200 Camelia Blvd.
Suite 300
Lafayette, Louisiana 70508
Telephone: (337) 232-7424
Facsimile: (337) 267-2399

Martin A. Stern (No. 17154)
martin.stern@arlaw.com
Glen M. Pilié (No. 1539)
glen.pilie@arlaw.com
Jeffrey E. Richardson (No. 23273)
jeffrey.richardson@arlaw.com
Alexandra Lamb (#37847)
alex.lamb@arlaw.com
ADAMS AND REESE LLP
701 Poydras Street, Suite 4500
New Orleans, Louisiana 70139
Telephone: (504) 581-3234
Facsimile: (504) 566-0210

3. For ConocoPhillips Company and The Louisiana Land and Exploration
Company LLC:

Michael J. Mazzone
HAYNES AND BOONE, LLP
1221 McKinney, Suite 4000
Houston, Texas 77010

Michele Hale DeShazo
THE LAW OFFICE OF MICHELE H. DESHAZO, LLC
612 South Jefferson Ave.
Covington, Louisiana 70433

4. For Atlantic Richfield Company and BP America Production Company:

George Arceneaux, III (No. 17442)
garceneaux@liskow.com
LISKOW & LEWIS
1200 Camellia Boulevard, Suite 300
Lafayette, Louisiana 70508
Telephone: (337) 267-2332
Facsimile: (337) 267-2399

Jennifer R. Kwapisz
jennifer.kwapisz@arnoldporter.com
ARNOLD & PORTER KAYE SCHOLER LLP
250 West 55th Street
New York, NY 10019-9710
Telephone: (212) 836-8383
Facsimile: (212) 836-8689

## C. Plaintiffs-Appellees

1. Jefferson Parish
2. The State of Louisiana ex rel., Jeff Landry, Attorney General (Plaintiff-Intervenor)
3. The State of Louisiana, through the Louisiana Department of Natural Resources Office of Coastal Management and its Secretary, Thomas F. Harris (Plaintiff-Intervenor)

## D. Attorneys for Plaintiffs-Appellees

1. For Jefferson Parish:

Brian T. Carmouche (#30430)
bcarmouche@tcmlawfirm.net
Donald T. Carmouche (#2226)
dcoffice@tcmlawfirm.net

John H. Carmouche (#22294)
jcarmouche@tcmlawfirm.net
Victor L. Marcello (#9252)
vmarcello@tcmlawfirm.net
William R. Coenen, III (#27410)
wcoenen@tcmlawfirm.net
Todd J. Wimberley (#34862)
twimberley@tcmlawfirm.net
Ross J. Donnes (#33098)
rdonnes@tcmlawfirm.net
D. Adele Owen (#21001)
aowen@tcmlawfirm.net
Leah C. Poole (#35092)
lpoole@tcmlawfirm.net
Christopher D. Martin (#30613)
chrismartin@tcmlawfirm.net
TALBOT, CARMOUCHE & MARCELLO
17405 Perkins Road
Baton Rouge, Louisiana 70810
Telephone: (225) 400-9991
Facsimile: (225) 448-2568

Chad E. Mudd
David P. Bruchhaus
M. Keith Prudhomme
Matthew P. Keating
Wesley Alan Romero
MUDD, BRUCHHAUS, & KEATING, L.L.C.
410 E. College Street
Lake Charles, LA 70605

2. For the State of Louisiana ex rel., Jeff Landry, Attorney General:

Steven B. Jones
Ryan M. Seidmann (#28991)
LOUISIANA DEPARTMENT OF JUSTICE
1185 North 3rd Street
Baton Rouge, Louisiana 70802
Telephone: (225) 326-6085
Facsimile: (225) 326-6099

3. For the State of Louisiana, through the Louisiana Department of Natural Resources Office of Coastal Management and its Secretary, Thomas F. Harris:

J. Blake Canfield (#30426)
blake.canfield@la.gov
Donald W. Price (#19452)
donald.price@la.gov
LOUISIANA DEPARTMENT OF NATURAL RESOURCES
Post Office Box 94396
Baton Rouge, Louisiana 70804
Telephone: (225) 342-2170
Facsimile: (225) 342-5861

## E. Entities with a Financial Interest:

The following additional persons may have a financial interest in the outcome of the litigation.

See Exhibit A.

## F. Federal Rule of Appellate Procedure 26.1:

Defendants-Appellants disclose as follows:

Chevron U.S.A. Inc. is an indirectly wholly owned subsidiary of Chevron Corporation, a publicly traded company (NYSE: CVX).

Chevron U.S.A. Holdings Inc. is an indirectly wholly owned subsidiary of Chevron Corporation, a publicly traded company (NYSE: CVX).

Exxon Mobil Corporation is a publicly traded company (NYSE: XOM) and has no parent corporation. There is no publicly held corporation (domestic or foreign) that owns ten percent (10%) or more of ExxonMobil's stock.

ConocoPhillips Company is a Delaware corporation and a wholly owned subsidiary of ConocoPhillips, a publicly traded company (NYSE: COP).

The Louisiana Land and Exploration Company LLC is a Maryland limited liability company which is a wholly-owned subsidiary of Burlington Resources Trading LLC. Burlington Resources Trading LLC is a wholly-owned subsidiary of Burlington Resources Oil & Gas Company LP. Burlington Resources Oil & Gas Company LP's sole general partner is BROG GP LLC, and its sole limited partner is BROG LP LLC. The sole member of both BROG GP LLC and BROG LP LLC is Burlington Resources LLC. Burlington Resources LLC is a wholly-owned subsidiary of ConocoPhillips Company. ConocoPhillips Company is a wholly-owned subsidiary of ConocoPhillips, a publicly traded company, traded on the NYSE under the stock symbol COP.

BP America Production Company is an indirect wholly-owned subsidiary of BP p.l.c., which is the only publicly-owned company in that chain of ownership. BP America Production Company does not have any other companies, subsidiaries or affiliates that have issued shares of stock to the public.

Atlantic Richfield Company is an indirect wholly-owned subsidiary of BP p.l.c., which is the only publicly-owned company in that chain of ownership. Atlantic Richfield Company does not have any other companies, subsidiaries or affiliates that have issued shares of stock to the public.

Dated: November 14, 2024

/s/ Peter D. Keisler
Peter D. Keisler

## CERTIFICATE OF INTERESTED PERSONS
### Exhibit A

AK Steel Corporation
AK Steel Holding Corporation
AKS Investments, Inc.
Alpine Exploration Companies, Inc.
American Petrofina, Inc.
American Trading & Production
  Corporation
Aminoil of Louisiana, Inc.
Aminoil USA, Inc.
Anadarko Consolidated Holdings
  LLC
Anadarko E&P Onshore LLC
Anadarko Petroleum Corporation
Anadarko USH1 Corporation
Anderson Exploration Company,
  Incorporated
Anderson Operating Company, L.L.C.
Apache Oil Corporation
Apollo Global Management LLC
Armco Financial Services
  International, Ltd.
Atlantic Richfield Company
Baby Oil, Inc.
Badger Marine Corporation
Badger Oil Corporation
BASF Corporation
Bay Coquille, Inc.
BEPCO Genpar, L.L.C.
BEPCO, L.P.
Bevo Partners, LP
BHP Billiton Limited
BHP Billiton Petroleum (North
  America), Inc.
BlackRock, Inc.
BOPCO, L.P.
BOPCO, LLC
BP America Production Company

BP Products North America Inc.
Brammer Engineering, Inc.
Brammer Holdings, L.L.C.
Bridget Dinvaut, District Attorney
BROG GP LLC
BROG LP LLC
Burlington Resources LLC
Burlington Resources Oil & Gas
  Company LP
Burlington Resources Trading LLC
Callon Offshore Production, Inc.
Callon Petroleum Company
Callon Petroleum Operating Company
Cambridge Energy Corporation
Camex Operating Company
Camex, Inc.
Campbell Energy Corporation
CanadianOxy Offshore Production
  Co.
Canlan Oil Company
Caskids Operating Company
Castex Energy, Inc.
Cedyco Corp.
CenterPoint Energy Houston
Electric, LLC
CenterPoint Energy Resources
Corporation
CenterPoint Energy, Inc.
Central Resources, Inc.
Centurion Exploration Company,
  LLC
Century Exploration New
Orleans, LLC
Chevron Corporation
Chevron U.S.A. Holdings Inc.
Chevron U.S.A. Inc.
Chevron Pipeline Co.

China National Offshore Oil
    Corporation
Citizens Communications Company
Clayton Williams Energy, Inc.
CNOOC Limited
Columbia Gulf Transmission, L.L.C.
Condor Petroleum Corporation
Conley P. Smith Operating Company
Conley P. Smith, L.L.C.
Conoco, Inc.
ConocoPhillips Company
Continental Oil Company
Covey Energy, Inc.
Cox Operating, L.L.C.
Craig J. Sceroler, Inc.
Crimson Exploration Operating, Inc.
Cypress E&P Corporation
Davis Oil Company
Davis Petroleum Company
Davis Petroleum Corp.
Denbury Onshore, LLC
Denbury Resources Inc.
Denovo Oil & Gas, Inc.
Department of Natural Resources
Devon Energy Corporation
Devon Energy Production Company,
    L.P.
Devon Energy Production, L.P.
Diasu Oil & Gas Co., Inc.
Diasu Oil and Gas Company, Inc.
Dimension Energy Company, LLC
Dominion Oklahoma Texas
Exploration & Production, Inc.
Dominion Resources, Inc.
Edwin L. Cox
Enable Midstream Partners, LP
Enable Oklahoma Intrastate
Transmission, LLC
Endeavor Energy Resources, L.P.
Energen Corporation

Energen Resources Corporation
Energy Properties, Inc.
Energyquest II, LLC
Enertec Exploration, Inc.
EnerVest Operating, L.L.C.
EnerVest, Ltd.
EP Energy Corporation
EP Energy E&P Company, L.P.
Equitable Petroleum Corporation
Estate of William G. Helis
Exchange Oil & Gas Corporation
Expert Oil & Gas, LLC
ExxonMobil Exploration and
    Production South, Inc.
Exxon Mobil Corp.
ExxonMobil South Holdings, Inc.
FMP Operating Company Limited
    Partnership
Franks Exploration Company, L.L.C.
Freeport-McMoRan Copper & Gold
    Inc.
Freeport-McMoRan Inc.
Freeport-McMoRan Oil & Gas
    Company
Freeport-McMoRan Oil & Gas LLC
Frontier Communications Corporation
Gary Energy Corporation
Gas Transportation Corporation
General American Oil Company of
    Texas
Gerald A. Boelte
Goodrich Oil Company
Great Southern Oil & Gas Co., Inc.
Green Wilson Hicks, III
Gulf Coast Crude Oil & Gas
    Company, Inc.
Gulf Exploration Company, Inc.
Gulf Production Company, Inc.
Gulf South Operators, Inc.
Helis Oil & Gas Company, L.L.C.

Henry Production Company, Inc.
Hess Corporation
HHE Energy Company
Hilliard Petroleum Inc.
HK Energy, LLC
HKN, Inc.
HPC Acquisition Corporation
Hunt Consolidated
Hydrocarbons, L.L.C.
Hunt Consolidated, Inc.
Hunt Oil Company
Iberia Operating Corporation
Indian Exploration, Inc.
Inexco Oil Company
J.A. Seglund, Inc.
Janex Oil Company, Inc.
Jones Company, Ltd.
June Energy, Inc.
Kenmore Oil Co.
Kenmore Oil Co., Inc.
Kerr-McGee Worldwide Corporation
Keystone Group, L.P.
Kilroy Company of Texas, Inc.
Kinder Morgan Energy Partners, L.P.
Kinder Morgan G.P., Inc.
Kinder Morgan Operating L.P. "A"
Kinder Morgan, Inc.
King W. Lanaux
La Mesa Production Inc.
Lake Washington, Inc.
Lanoco, Inc.
Lastrada Oil & Gas Limited
Latex-Star Inc.
Leads Resources, L.L.C.
Legal Oil Company
LGS Natural Gas Company
LLOG Exploration & Production
    Company, L.L.C.
LLOG Exploration Company, L.L.C.
LLOG Holdings, L.L.C.
LMBI, L.P.
LOPCO, Inc.
Louisiana Crude Oil & Gas Company,
    Inc.
Louisiana Energy Production, L.L.C.
Louisiana Exploration & Drilling
    Company
Lyons Petroleum, Inc.
Manti Exploration Operating LLC
Mar-low Corporation
Marquee Corporation
Marsh Engineering, Inc.
McCormick Operating Company
McMoRan Exploration Company
McMoRan Oil & Gas LLC
McMoRan Production Company
Meridian Oil, Inc.
Merit Energy Company, LLC
Merit Energy Management, L.P.
Mineral Ventures, Inc.
Mobil Corporation
Mobil Exploration and Producing
North America Inc.
Mobil Oil Exploration & Producing
    Southeast, Inc.
Mosaic Global Holdings Inc.
Mosbacher Energy Company
Mosbacher U.S.A., Inc.
National Fuel Gas Company
Nazuni Partners, L.P.
NBL Permian L.L.C.
Nerco Oil & Gas, Inc.
Nexen Energy ULC
Nexen Holdings U.S.A., Inc.
Noble Energy, Inc.
Norcen Explorer, Inc.
Northcoast Oil Company
Northwest Oil Company
Occidental Oil & Gas Holding
    Corporation

Occidental Petroleum Corporation
OGE Energy Corp.
Oleum Operating Company, L.C.
O'Meara, L.L.C.
OPMI Operating Company
OXY USA Inc.
Oxy USA, Inc.
Pacific Enterprises Oil Company
Pacific Enterprises Oil Company
  (USA)
Palace Exploration Company
Palace Operating Company
Palm Energy Offshore, L.L.C.
Paxton Oil Company, LLC
PCS Phosphate Company, Inc.
Petrohawk Energy Corporation
Petro-Hunt Holdings, LLC
Petro-Hunt, L.L.C.
PetroQuest Energy, Inc.
PetroQuest Energy, L.L.C.
Phillips Oil Company
Phillips Petroleum Company
Phoenix Petro Services LLC
Pioneer Natural Resources Company
Pioneer Natural Resources USA, Inc.
Potash Corporation of Saskatchewan,
  Inc.
Resources Investment Corporation
RIPCO, LLC
RME Petroleum Company
Rogers Oil Company
Royal "T" Oil Co., Inc.
Royal Dutch Shell plc
Sable Minerals, Inc.
Sempra Energy
Seneca Resources Corporation
Shell Energy Holding GP LLC
Shell Offshore, Inc.
Shell US E&P Investments LLC
Shell USA, Inc.

Shocker Energy of Louisiana, Inc.
Shoreline Southeast LLC
SM Energy Company
Smith Production Company of
  Mississippi
SOI Finance Inc.
Source Petroleum, Inc.
Southport Exploration Inc.
Southwestern Energy Company
Spartan Minerals, Ltd.
SRBI, L.P.
Stone Energy Corporation
Strata Energy, Inc.
Sun Exploration & Production
  Company
SWEPI LP
SWN Production Company, LLC
Talos Energy, Inc.
Talos Energy, L.L.C.
Talos Petroleum, L.L.C.
Talos Production, L.L.C.
Tennessee Gas Pipeline Company,
  L.L.C.
Terry Gottberg
Texaco Inc.
The Anschutz Corporation
The Gayden 2002 Family Trust
The Louisiana Land and Exploration
  Company
The Louisiana Land and Exploration
  Company LLC
The Meridian Resource &
  Exploration LLC
The Mosaic Company
The Stone Petroleum Corporation
The Texas Company
The Williams Companies, Inc.
The Yuma Companies, Inc.
Thur Line, L.P.
Toce Energy, L.L.C.

Todd Oil Corporation of Louisiana
Total Petrochemicals & Refining
   USA, Inc.
TOTAL S.A. of France
Tradition Resources II, LLC
Transco Exploration Company
Turnkey Oilfield Contractors, Inc.
U.S. Oil & Gas, Inc.
U.S. Oil of Louisiana, Inc.
Union Oil Company of California
Union Pacific Resources Company
Universal Music Group, Inc.
Vintage Petroleum, LLC
Virgin Offshore, U.S.A., Inc.
VirTex Petroleum Company, L.L.P.
Vivendi Holding I LLC
Vivendi SA
Wagner Oil Company
Walter Oil & Gas Corporation
WEC Onshore, LLC
White Oak Operating Company, LLC
Whiting Oil and Gas Corporation
Whiting Petroleum Corporation
William Herbert Hunt Trust Estate
Williams Exploration Company
Williams Petroleum Services, LLC
XH, LLC
Xplor Energy Operating Company
XTO Energy Inc.
XTO Energy, Inc.
Yuma Energy, Inc.
Yuma Exploration and Production
   Company, Inc.
Yuma Petroleum Company
Zadeck Energy Group, Inc.
Zenergy, Inc.

## STATEMENT PURSUANT TO FIFTH CIRCUIT RULE 27.4

Defendants-Appellants have contacted all other parties regarding this motion. Counsel for Plaintiff-Appellee and for Plaintiffs-Intervenors-Appellees have indicated that they consent to this motion.

# UNOPPOSED MOTION TO STAY BRIEFING

This case is one of multiple related appeals in which appellate briefing was stayed or held in abeyance pending final resolution of federal-officer jurisdiction in two consolidated lead cases, *Plaquemines Parish v. BP America Production Co.*, No. 23-30294, and *Parish of Cameron v. BP America Production Co.*, No. 23-30422. The Court issued its opinion in the lead cases on May 29, 2024, and denied petitions for rehearing and rehearing en banc on October 31, 2024. The Court's mandate issued on November 8, 2024. The Court issued a briefing notice in this case on November 12, 2024.

The parties agree that to conserve the parties' and this Court's resources, appellate briefing in this case (and the other related appeals) should be stayed pending resolution of Appellants' forthcoming petition for certiorari to the United States Supreme Court in the lead cases. Accordingly, Appellants file this unopposed motion to stay briefing in this appeal until final resolution of Appellants' petition for certiorari on federal-officer jurisdiction in the lead cases.

Date: November 14, 2024                    Respectfully submitted,

                                           /s/ Peter D. Keisler
                                           PETER D. KEISLER
                                              Counsel of Record
                                           JENNIFER J. CLARK
                                           SIDLEY AUSTIN LLP
                                           1501 K Street, NW
                                           Washington, DC 20005
                                           Telephone: (202) 736-8000

1

ALEXANDRA WHITE
ERIC J. MAYER
SUSMAN GODFREY L.L.P.
1000 Louisiana Street, Suite 5100
Houston, Texas 77002

CHARLES S. MCGOWAN III
PAMELA R. MASCARI
KEAN MILLER LLP
II City Plaza
400 Convention St., Suite 700
Post Office Box 3513 (70821)
Baton Rouge, LA 70801

MICHAEL R. PHILLIPS
CLAIRE E. JUNEAU
KEAN MILLER LLP
909 Poydras Street, Suite 3600
New Orleans, Louisiana 70112

***Counsel for Chevron U.S.A. Inc. and
Chevron U.S.A. Holdings Inc.***

ROBERT B. MCNEAL
LISKOW & LEWIS
Hancock Whitney Center
701 Poydras Street, Suite 5000
New Orleans, Louisiana 70139-5099

JAIME D. RHYMES
LISKOW & LEWIS
1200 Camelia Blvd.
Suite 300
Houston, Texas  77002-6756

Martin A. Stern
Glen M. Pile
Jeffrey E. Richardson
Alexandra Lamb
Adams and Reese LLP
701 Poydras Street, Suite 4500
New Orleans, Louisiana 71039

***Counsel for Exxon Mobil Corporation***

Michael J. Mazzone
Haynes and Boone, LLP
1221 McKinney, Suite 4000
Houston, Texas 77010

Michele Hale DeShazo
The Law Office of Michele H.
DeShazo, LLC
612 South Jefferson Ave.
Covington, Louisiana 70433

***Counsel for ConocoPhillips Company
and The Louisiana Land and
Exploration Company LLC***

George Arceneaux, III
Liskow & Lewis
1200 Camellia Boulevard, Suite 300
Lafayette, Louisiana 70508

Jennifer R. Kwapisz
Arnold & Porter Kaye Scholer LLP
250 West 55th Street
New York, NY 10019-9710

***Counsel for Atlantic Richfield
Company and BP America Production
Company***

**CERTIFICATE OF COMPLIANCE**

I hereby certify that the foregoing motion complies with the type volume limitation of Fed. R. App. P. Rule 27(d)(2) because it contains 173 words. This motion complies with the typeface requirements of Fed. R. App. P. 32(a)(5) and the type style requirements of Fed. R. App. P. 32(a)(6) because the motion has been prepared in Times New Roman 14-point font using Microsoft Word.

November 14, 2024

/s/ Peter D. Keisler
Peter D. Keisler

**CERTIFICATE OF SERVICE**

I hereby certify that on this 14th day of November, 2024, an electronic copy of the foregoing was filed with the Clerk of Court for the United States Court of Appeals for the Fifth Circuit using the appellate CM/ECF system, and that service will be accomplished by the appellate CM/ECF system.

November 14, 2024

/s/ Peter D. Keisler
Peter D. Keisler